UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMANDA T., | Civil No. 2:19-cv-01332-MAT |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will re-evaluate the opinion evidence of record. The ALJ will reassess Plaintiff's maximum residual functional capacity, including her manipulative capacity. The ALJ will further evaluate Plaintiff's ability to perform past relevant work. If warranted, the ALJ will obtain medical expert evidence, and obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

Page 1     ORDER - [2:19-cv-01332-MAT]

DATED this 8th day of September, 2020.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Martha A. Boden
MARTHA A. BODEN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3710
Fax:  (206) 615-2531
martha.boden@ssa.gov